No. 927. SOUTHERN RAILWAY COMPANY *v.* A. D. WATTS ET AL.; and

No. 928. ATLANTIC & YADKIN RAILWAY COMPANY *v.* A. D. WATTS ET AL. Appeals from the District Court of the United States for the Western District of North Carolina;

No. 960. SEABOARD AIR LINE RAILWAY COMPANY *v.* A. D. WATTS ET AL.;

No. 961. ATLANTIC COAST LINE RAILROAD COMPANY *v.* A. D. WATTS ET AL.; and

No. 962. NORFOLK SOUTHERN RAILROAD COMPANY *v.* A. D. WATTS ET AL. Appeals from the District Court of the United States for the Eastern District of North Carolina. Motions for stay and to advance submitted May 15, 1922. Order entered May 29, 1922. *Per Curiam.* In these cases, which were suits brought under § 266, Judicial Code, as amended by the Act of March 4, 1913, c. 160, 37 Stat. 1013, for a preliminary and permanent injunction, a preliminary injunction was denied by the District Court and a stay granted until an application could be made to this court. As the District Court is

familiar with the character of the case, and we are not, we deny the motion for a stay, with leave to apply to the District Court for a stay until the matter can be disposed of here, if in its judgment it deem that such a stay should be granted. The motion to advance is granted and the cases set for hearing on the first Monday in November. *Mr. S. R. Prince, Mr. L. E. Jeffries* and *Mr. A. B. Andrews* for appellants in Nos. 927, 928. *Mr. Murray Allen, Mr. Forney Johnston* and *Mr. James F. Wright* for appellant in No. 960. *Mr. Thomas W. Davis* for appellant in No. 961. *Mr. W. B. Rodman* for appellant in No. 962. *Mr. James S. Manning* and *Mr. William P. Bynum* for appellees.